AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Dorian Trevor Sykes
*Petitioner*

v.  Case No. 5:22-cv-392-SPC-PRL
*(Supplied by Clerk of Court)*

Warden, USP-Coleman 2
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## "EMERGENCY"
## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Dorian Trevor Sykes
   (b) Other names you have used: Juan Johnson
2. Place of confinement:
   (a) Name of institution: USP-Coleman 2
   (b) Address: P.O. Box 1034
       Coleman, FL. 33521
   (c) Your identification number: 31185-039
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. District Court Eastern District of Michigan
      (b) Docket number of criminal case: 19-cr-20550
      (c) Date of sentencing: Nov. 2020
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): The Bureau of Prisons is using erroneous information to calculate my criminal history points. The adverse affect, is my security level remains high.

6. Provide more information about the decision or action you are challenging.

   (a) Name and location of the agency or court: Federal Bureau of Prisons Warden, USP - Coleman 2

   (b) Docket number, case number, or opinion number: None.

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): None.

   (d) Date of the decision or action: 8/22/2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Federal Bureau of Prisons

   (2) Date of filing: July 10th, 2022

   (3) Docket number, case number, or opinion number: None.

   (4) Result: No response.

   (5) Date of result: 8/22/2022

   (6) Issues raised: BOP using erroneous information to calculate my criminal history points.
   (See attachment).

<u>continued from page 3 of 10</u>

Specific complaint, is the BOP is currently using my Pre-Sentence Report (PSR) dated in 2005 re: Case No. 03-cr-80028 to calculate my criminal history points as being a total of 14 criminal history points. However, the BOP has in my Central File my current (PSR) dated in 2019 re: Case No. 19-cr-20550, in which the U.S. Probation Department now calculates my criminal history points for a total of 8.

The adverse affect here, is that the BOP refuses to adhere to my current (PSR), and they're keeping me at a total of 14 points, when in fact I should be at 8 total criminal history points.

Should the BOP correct the defiencies, I would immediately be reduced to a medium security level inmate, and would require a transfer out of the Penitentiary. The BOP wishes to keep me inside the Penitentiary,

a place where violence is prone, due to the serious offenders it houses.

At the direction of Unit Manager, Mr. Tipton, I submitted a "Sellers" letter to him in mid July 2022, outlining the erroneous information in which the BOP is using to score my criminal history points, incorrectly. More than 30 days have lapsed without any response on my "Sellers" letter. And Mr. Tipton has advised me that no other remedy exists within the BOP, but except for a "Sellers" letter.

Thus, I am properly before the Court, and this petition is ripe for decision.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Unit Manager, Mr. Tipton had me write a "Sellers" letter, and told me that a "Sellers" letter was the only BOP remedy.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: N/A
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:  *See previous answer.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: 
(b) Date of the removal or reinstatement order: 
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Date of filing: 
(2) Case number: 
(3) Result: 
(4) Date of result: 
(5) Issues raised: 

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: 
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: N/A
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**: The Warden of USP-Coleman 2 is violating my Eighth Amendment under the U.S. Constitution, Cruel and Unusual Punishment Clause.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Warden is demonstrating deliberate indifference, by disregarding a known serious risk to my safety. He's doing so, because it is known that a Penitentiary is prone to violence. Yet, he elects not to correct my custody and criminal history points, as a means not to transfer me to a medium security. (see attachments)

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** Violation of my Fourteenth Amendment, Equal Protection.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Similarly situated defendants are moved to medium security prisons commensurate with their security needs.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** Family Ties and Community Support.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP has me over 1,000 miles away from home (Detroit, Michigan). Being this far away from home is tearing down my family ties. I need to be transferred to a medium security closer to home.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

<u>Continued from page 8 of 10</u>

Ground One: To keep me in an environment where violence is prone is deliberate indifference, especially when it is known that I should be transferred to a security level prison that is commensurate with my security needs.

The sole purpose of the BOP utilizing security level point systems, is to remove inmates from violent environments. I am urging the court to order the BOP to remove me from the Penitentiary circuit altogether.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I want the Court to Order the BOP to transfer me to a medium security prison, forthwith, once they remove the erroneous information they've been using to calculate my criminal history points.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: August 23rd, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/23/2022

_Dorian T. Sykes_
Signature of Petitioner

_N/A_
Signature of Attorney or other authorized person, if any


Dorian T. Sykes
#31185-039
USP-Coleman 2
P.O. Box 1034
Coleman, Fl. 33521