UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DORIAN TREVOR SYKES,

    Petitioner,

v.     Case No.: 5:22-cv-392-SPC-PRL

WARDEN, USP COLEMAN 2,

    Respondent.
_____/

# ORDER

This matter comes before the Court on review of the file. Petitioner, a federal prisoner, initiated this *pro se* action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 1, 2022. (Doc. 1). The Court's standing order directed Petitioner to keep the Court apprised of his current address. (Doc. 2 ¶ 8).

Petitioner was released from custody on February 2, 2024.[1] The Court entered an order on April 1, 2024, directing Petitioner to show cause within 14 days why this case should not be dismissed for Petition's failure to notify the Court of any change of address. (Doc. 10). On April 15, 2024, the order mailed to Petitioner was returned undeliverable to the Court, marked "Return to Sender, Not at this Address." To date, Petitioner has failed to respond.

It appears that Petitioner has abandoned his case, and therefore dismissal is appropriate. *See* M.D. Fla. R 3.10 ("A plaintiff's failure to

---

[1] *See* Inmate Locator, Federal Bureau of Prisons, available at https://www.bop.gov/ inmateloc/ (last visited April 16, 2024).

prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is

**ORDERED:**

(1) This above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2) The Clerk is **DIRECTED** to deny as moot any pending motions and close the file.

**DONE AND ORDERED** in Fort Myers, Florida this 16th day of April 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:  OCAP-2
Copies:  All Parties of Record